UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TEASHAE LAWHORNE                          CIVIL ACTION NO. 20-cv-1406

VERSUS                                    JUDGE ELIZABETH E. FOOTE

AMERIFIELD INC ET AL                      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Teashae Lawhorne filed this civil action in state court for damages arising out of an auto accident. Defendants Adriana Clements, Amerifield, Inc., and Riverport Insurance Company removed the case based on an assertion of diversity jurisdiction, which puts the burden on Defendants to set forth specific facts that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. The allegations are sufficient as to the amount in controversy; however, more information is needed regarding the citizenship of two of the defendants.

The notice of removal alleges that Amerifield is a "corporation incorporated under the laws of the state of Oklahoma and is a domiciliary of the state of Oklahoma." The notice also alleges that Riverport is a "corporation incorporated under the laws of the state of Iowa and is a domiciliary of the state of Iowa." A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. "Where the plaintiff [or removing party] fails to state

the place of incorporation or the principal place of business of a corporate party, the pleadings are inadequate to establish diversity." Joiner v. Diamond M Drilling Co., 677 F.2d 1035, 1039 (5th Cir. 1982). The Fifth Circuit requires strict adherence to these straightforward rules. Howery v. Allstate Ins. Co., 243 F.3d 912, 919 (5th Cir. 2001).

In order to establish that complete diversity exists in this case, the removing defendants must file, no later than **November 17, 2020** an amended notice of removal that specifically alleges the principal places of business of Amerifield and Riverport.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of November, 2020.

Mark L. Hornsby
U.S. Magistrate Judge